UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED
CLERK, U.S. DISTRICT COURT

June 3, 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY
```

IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION                                MDL No. 2067

SACV13-00714 AG (JPRx)

Randy Marcus et al v. Forest Pharmaceuticals, Inc. et al

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –3)

On August 19, 2009, the Panel transferred 2 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 652 F.Supp.2d 1377 (J.P.M.L. 2009). Since that time, 4 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Nathaniel M Gorton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gorton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Nathaniel M Gorton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 23, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*Jeffery N. Lüthi* (signature)

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION                                    MDL No. 2067

## SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 8 | 13-00714 | Randy Marcus et al v. Forest Pharmaceuticals, Inc. et al |

I hereby certify on 5/23/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 5/23/13
☐ original filed in my office on _____

Robert M. Farrell
Acting Clerk, U.S. District Court
District of Massachusetts

By: /s/ Sherry Jones
Deputy Clerk