

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

June 3, 2013

Judicial Panel of Multidistrict Litigation
One Columbus Circle, N.E.
Federal Judiciary Building, Room G-255
Washington, D.C.   20002

Re:   MDL   2067         In Re:   Celexa and Lexapro Marketing and...

   District Court Case Number:   SACV13-00714 AG (JPRx)

   Case Title:   Randy Marcus et al. v. Forest Pharmaceuticals, Inc. et al.

Dear Clerk of the Panel:

Please be advised the above-mentioned case:

☑   was transferred to the U.S. District Court         District of         Massachusetts         .
     (A copy of the certified conditional transfer order and MDL Transfer-Out Letter are enclosed.)

☐   this district has requested the U.S. District Court         District of         
     to transfer their case number         . We assigned the above referenced
     case number to this file.  (Copy of the conditional transfer order and MDL Transfer-In letter are enclosed.)

☐   was remanded to the U.S. District Court         District of         .
     (Copy of the Remand Order and Transfer-Out Letter are enclosed.)

☐   was closed on         . (Copy of the closing order is enclosed.)

☐   was filed in this Court on         and may be a possible tag-along action. (Copy of the
     complaint and docket sheet are enclosed.)

Should you need any further information, please do not hesitate to contact us.

                              Sincerely,

                              Clerk, U.S. District Court


                              By   Rolls Royce Paschal
                                   Deputy Clerk

Enclosures as stated